```
STATE OF INDIANA    )          IN THE MARION COUNTY SUPERIOR COURT
                    ) SS:
COUNTY OF MARION    )          CAUSE NO.
```

MARCI McKINNEY and )
JEFF McKINNEY, )
  )
  Plaintiffs, )
  )
v. )
  )
BIOLIFE PLASMA SERVICES, L.P. and )
JIM DOE, )
  )
  Defendants. )

49D04 12 08 CT 0 31593

FILED
AUG 0 9 2012

Elizabeth R. White
CLERK OF THE MARION CIRCUIT COURT

## COMPLAINT FOR DAMAGES

Come now Plaintiffs, Marci McKinney and Jeff McKinney, by counsel, and for their Complaint against Defendants, Biolife Plasma Services, L.P. and Jim Doe, state as follows:

### PARTIES AND VENUE

1. Jeff and Marci McKinney are residents of Howard County and are married.

2. Biolife Plasma Services, L.P. operates a plasma donation facility in Howard County.

3. Biolife Plasma Services, L.P. is a foreign corporation incorporated under the laws of the State of Pennsylvania, and registered with the Indiana Secretary Of State to conduct business in the State of Indiana.

*Exhibit 1*

4. Biolife Plasma Services, L.P.'s registered agent is CT Corporation System, which is located at 251 East Ohio Street, Suite 1100, Indianapolis, Indiana 46204, in Marion County, Indiana.

5. Because Biolife Plasma Services, L.P. has its registered agent in Marion County, Indiana, Biolife Plasma Services, L.P. has its principal office in Marion County, Indiana, and venue is proper in Marion County, Indiana under Trial Rule 75(A)(4).

6. Jim Doe is, or was, an employee working at the facility owned and/or operated by Biolife Plasma Services, L.P. in Howard County, Indiana.

7. Jim Doe is a resident of the State of Indiana.

## COMMON ALLEGATIONS

8. Plaintiffs incorporate their prior allegations into this paragraph as if fully set out herein.

9. In October of 2011, Marci McKinney went to Biolife Plasma to donate plasma.

10. As part of the donation protocol, Biolife Plasma Services, L.P. tested Marci McKinney's blood for sexually transmitted diseases.

11. Biolife claimed the test result was positive for syphilis.

12. Marci McKinney did not and has never had syphilis.

13. Biolife Plasma Services, L.P. negligently conducted the test and failed to use reasonable care to determine the veracity of the test results before reporting the results to Marci McKinney and the State Department Of Public Health.

2

14. After providing Marci with a false report of a positive test, Biolife Plasma Services, L.P., encouraged Marci McKinney to report the test results to third-parties, including her husband which caused significant strain on their marriage and severe emotional distress.

15. A nurse, Jim Doe, or another employee of Biolife Plasma Services, L.P., failed to use reasonable care to determine the veracity of the test results before reporting the results to Marci, and also reported the false test results to third-parties. As such, Biolife Plasma Services, L.P. and/or its employee(s), including Jim Doe, defamed Marci McKinney, which constitutes defamation *per se* under Indiana law.

16. Because of Biolife Plasma Services, L.P.'s and/or Jim Doe's negligent and/or defamatory acts, Marci McKinney and her husband, Jeff McKinney, have suffered severe emotional distress and strain on their marriage.

17. Marci McKinney has also suffered damage to her reputation, incurred medical expenses, lost income, time, enjoyment of life, and incurred other costs and expenses to be proven at trial.

WHEREFORE, Plaintiffs, Marci McKinney and Jeff McKinney, pray for judgment in their favor, to fully and fairly compensate them for their injuries and damages, caused by Biolife Plasma Services, L.P. and Jim Doe, for costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ William Beyers*

Theodore J. Blanford, #4177-49
William D. Beyers, #28466-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
tblanford@humesmith.com
bbeyers@humesmith.com

Attorneys for Plaintiffs

## JURY DEMAND

Plaintiffs, Marci McKinney and Jeff McKinney, by counsel, request a jury trial on all issues herein.

Respectfully submitted,

*/s/ William Beyers*

Theodore J. Blanford, #4177-49
William D. Beyers, #28466-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
tblanford@humesmith.com
bbeyers@humesmith.com

Attorneys for Plaintiffs

# SUMMONS

MARCI MCKINNEY and

JEFF MCKINNEY

Plaintiff

In the Marion Superior Court, Room No. _____

—vs—

BIOLIFE PLASMA SERVICES, L.P. and

JIM DOE

Defendant

Cause No. _____49D04 12 08 CT 031593

TO DEFENDANT: (Name) Biolife Plasma Services, L.P. c/o CT Corporation System

(Address) 36 South Pennsylvania Street, Suite 700

Indianapolis, Indiana 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____    _____ (Seal)
Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

Elizabeth of White
CLERK OF THE MARION CIRCUIT COURT

XXX    Registered or certified mail.

AUG 0 9 2012

_____  Service at place of employment, to-wit: _____

_____  Service on individual — (Personal or copy) at above address.

_____  Service on agent. (Specify) _____

_____  Other service. (Specify) _____

Theodore J. Blanford
William D. Beyers
Attorney for Plaintiff
HUME SMITH GEDDES GREEN & SIMMONS, LLP     Marion County Superior Court
54 Monument Circle, 4th Floor                200 East Washington Street
Address  Indpls., IN 46204                   Indianapolis, IN 46204

(317) 632-4402
Telephone                                    Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

| Sheriff's Costs | Sheriff |
| --- | --- |
| | By: _____ Deputy |

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____.    By: _____ Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

Clerk, Marion Superior Court

By: _____ Deputy

---

Cause No. _____ Room No. _____

MARCI MCKINNEY and JEFF MCKINNEY

Plaintiff

vs.

BIOLIFE PLASMA SERVICES, L.P. and JIM DOE

Defendant

SUMMONS

SUPERIOR COURT ROOM NO. _____

SHERIFF'S COSTS

Theodore J. Blanford
William D. Beyers
HUME SMITH GEDDES GREEN & SIMMONS
Attorney for Plaintiff
Address 54 Monument Circle, 4th Floor
Indpls., IN 46204
Telephone (317) 632-4402

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

49D04 12 08 CT 031593

MARCI McKINNEY and )
JEFF McKINNEY, )
)
    Plaintiffs, )
)
v. )
)
BIOLIFE PLASMA SERVICES, L.P. and )
JIM DOE, )
)
    Defendants. )

FILED
AUG 0 9 2012
Elizabeth R. White
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating:__X__ Responding:_____ Intervening:_____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **Plaintiffs, Marci McKinney and Jeff McKinney**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   Name:    **Theodore J. Blanford**     Attorney No.: 4177-49
             **William D. Beyers**     Attorney No.: 28466-49
             **HUME SMITH GEDDES GREEN**     Phone: (317) 632-4402
             **& SIMMONS, LLP**     Fax: (317) 632-5595
   Address:   **54 Monument Circle, 4th Floor**
             **Indianapolis, Indiana 46204**

3. There are other party members: Yes___ No_X_ (*If yes, list on continuation page.*)

4. If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): Civil Tort

5. I will accept service by FAX at the above noted number: Yes___ No_X_

8-10-12

6.  This case involves support issues: Yes____ No__X__ (*If yes, supply social security numbers for all family members on continuation page.*)

7.  There are related cases: Yes____ No__X__

8.  This form has been served on all other parties. Certificate of service is attached: Yes__X__ No____

9.  Additional information required by local rule: **None**

Respectfully submitted,

_____
Theodore J. Blanford, #4177-49
William D. Beyers, #28466-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
tblanford@humesmith.com
bbeyers@humesmith.com

Attorneys for Plaintiffs

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT FOUR |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-1208-CT-031593 |

MARCI McKINNEY and JEFF McKINNEY, )
)
                Plaintiffs, )
)
v. )
)
BIOLIFE PLASMA SERVICES, L.P. )
and JIM DOE, )
)
                Defendants. )

FILED AUG 31 2012
CLERK OF THE MARION CIRCUIT COURT

## BIOLIFE'S MOTION FOR AUTOMATIC ENLARGEMENT OF TIME

Defendant, BioLife Plasma Services, L.P. ("BioLife"), by counsel, and pursuant to Marion County LR 49-TR 5 Rule 203(D), respectfully moves the Court for an automatic thirty (30) day enlargement of time, up to and including October 5, 2012, in which to file its response to Plaintiffs Marci McKinney and Jeff McKinney's Complaint for Damages ("Complaint"), and in support of this Motion, shows the Court as follows:

1. BioLife's response to Plaintiffs' Complaint is due on or before September 5, 2012, and that time has not expired.

2. No prior enlargements of time have been requested.

3. The enlargement shall expire on October 5, 2012.

4. This Motion is made in good faith and not for purposes of obstruction or delay.

WHEREFORE, BioLife respectfully requests the Court for an automatic thirty (30) day enlargement of time, up to and including October 5, 2012, in which to file its response to Plaintiffs' Complaint, and for all other necessary and proper relief.

Respectfully submitted,

ICE MILLER LLP

*George Gasper*/s/c
George A. Gasper (#24466-41)

*Attorneys for Defendant, BioLife Plasma Services, L.P.*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following, via United States first class mail, postage prepaid, the 31st day of August, 2012:

Theodore J. Blanford
William D. Beyers
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, IN 46204

*George Gasper*/s/c

I/2928194.1

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT FOUR |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-1208-CT-031593 |

MARCI McKINNEY and JEFF McKINNEY,   )
                                    )
            Plaintiffs,              )
                                    )
   v.                                )
                                    )
BIOLIFE PLASMA SERVICES, L.P.       )
and JIM DOE,                         )
                                    )
            Defendants.              )

FILED
AUG 31 2012
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____   Responding __X__   Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: BioLife Plasma Services, L.P.

2. Attorney information for service as required by Trial Rule 5(B)(2)

| | |
|---|---|
| **Name:** George A. Gasper | **Atty. Number:** 24466-41 |
| **Address:** ICE MILLER LLP | **Phone:** (317) 236-2275 |
| One American Square, Suite 2900 | **Fax:** (317) 592-4665 |
| Indianapolis, IN 46282-0200 | **Email Address:** george.gasper@icemiller.com |

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number: Yes __X__  No _____

5. This case involves child support issues. Yes _____  No __X__

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____  No __X__

7. This case involves a petition for involuntary commitment. Yes _____  No __X__

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: n/a   9. There are related cases: Yes _____  No __X__

10. Additional information required by local rule: n/a  11. There are other party members: No __X__

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following, via United States first class mail, postage prepaid, the 31st day of August, 2012:

> Theodore J. Blanford
> William D. Beyers
> Hume Smith Geddes Green & Simmons, LLP
> 54 Monument Circle, 4th Floor
> Indianapolis, IN 46204

*George Gasper/sk*

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282
(317) 236-2426
Fax: (317) 592-4825

I/2913031.1

| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT FOUR |
|---|---|---|
| COUNTY OF MARION | )SS:<br>) | CAUSE NO. 49D04-1208-CT-031593 |

MARCI McKINNEY and JEFF McKINNEY, )
)
        Plaintiffs, )
)
v. )
)
BIOLIFE PLASMA SERVICES, L.P. )
and JIM DOE, )
)
        Defendants. )

FILED
SEP 11 2012
CLERK

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____    Responding __X__    Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: BioLife Plasma Services, L.P.

2. Attorney information for service as required by Trial Rule 5(B)(2)

| **Name:** Alison D. Plavin | **Atty. Number:** 28728-49 |
|---|---|
| **Address:** ICE MILLER LLP | **Phone:** (317) 236-5848 |
| One American Square, Suite 2900 | **Fax:** (317) 592-4826 |
| Indianapolis, IN 46282-0200 | **Email Address:** alison.plavin@icemiller.com |

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number: Yes ___ No _X_

5. This case involves child support issues. Yes ___ No _X_

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ___ No _X_

7. This case involves a petition for involuntary commitment. Yes _ No _X_

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: n/a

9. There are related cases: Yes ___ No _X_

10. Additional information required by local rule: <u>n/a</u>

11. There are other party members: No <u>X</u>

<u>/s/ Alison D. Plavin</u>
Alison D. Plavin

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following, via United States first class mail, postage prepaid, the 11th day of September, 2012:

> Theodore J. Blanford
> William D. Beyers
> Hume Smith Geddes Green & Simmons, LLP
> 54 Monument Circle, 4th Floor
> Indianapolis, IN 46204

<u>/s/ Alison D. Plavin</u>
Alison D. Plavin

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100

I/2935028.1